# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138298 & (32)(33)(34)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LONZIE WAYNE MCQUIRTER,
      Defendant-Appellant.

SC: 138298
COA: 287790
Jackson CC: 90-053331-FC

_____/

      On order of the Court, the application for leave to appeal the December 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand, motion for appointment of counsel, and motion for miscellaneous relief are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

d0720